**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western District of Pennsylvania

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Muellers Auto Recycling & Sales, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Muellers Scrap & Metal Division, Inc.<br>1555 Mill Run Road, LLC<br>Muellers Auto Sales, Inc.;  Muellers Auto Sales Limited Partnership<br>John R. Mueller and  Beverly L. Mueller<br>Johnny's U Pull It |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 25-1561321 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1555 Mill Run Road | |
| Number        Street | Number        Street |
| | P.O. Box |
| Altoona            PA     16601 | |
| City                    State    ZIP Code | City                    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Blair County | |
| County | Number        Street |
| | City                    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Muellers Auto Recycling & Sales, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

District _____  When _____  Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
                                                                MM  /  DD  / YYYY

Case number, if known _____

| Debtor | Muellers Auto Recycling & Sales, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number        Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Muellers Auto Recycling & Sales, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/08/2023
MM / DD / YYYY

✖ /s/ John R. Mueller
Signature of authorized representative of debtor

John R. Mueller
Printed name

Title  President

**18. Signature of attorney**

✖ /s/ James R. Huff, II
Signature of attorney for debtor

Date  09/08/2023
MM / DD / YYYY

James R. Huff, II
Printed name

Forr, Stokan, Huff, Kormanski & Naugle
Firm name

1701 5th Ave
Number        Street

Altoona
City

PA
State

16602
ZIP Code

(814) 946-4316
Contact phone

jhuff@sfshlaw.com
Email address

33270
Bar number

PA
State

---

**Fill in this information to identify the case:**

Debtor name ___Muellers Auto Recycling & Sales, Inc._____

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ......................................................

    $ 2,525,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ......................................................

    $ 673,675.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ......................................................

    $ 3,198,675.00

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

    $ 4,780,279.14

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................

    $ 163,909.54

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................................

    +$ 467,779.55

4. **Total liabilities** ...............................................................................................................................
    Lines 2 + 3a + 3b

    $ 5,411,968.23

**Fill in this information to identify the case:**

Debtor name _____ Muellers Auto Recycling & Sales, Inc._____

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Internal Revenue Service P.O. Box 7346 Philadelphia, PA, 19101 | | Taxes & Other Government Units | | | | 117,068.99 |
| 2 John and Beverly Mueller 37696 Ulster Drive Rehoboth Beach, DE, 19971 | | Monies Loaned / Advanced | | | | 100,000.00 |
| 3 Earthmovers Unlimited, Inc. 930 Old State Route 53 Kylertown, PA, 16847 | | Suppliers or Vendors | | | | 58,000.00 |
| 4 Cynthia A. Yeager, Esquire 701 Logan Boulevard Altoona, PA, 16602 | | Services | | | | 53,270.62 |
| 5 Rutters Fuel 1099 Haines Road York, PA, 17402 | | Fuel | | | | 51,048.00 |
| 6 Pennsylvania Department of Revenue P.O. Box 280431 Harrisburg, PA, 17128-0431 | | Taxes & Other Government Units | | | | 21,433.42 |
| 7 Reco Equipment 41245 Reco Road Belmont, OH, 43718 | | Suppliers or Vendors | | | | 19,234.90 |
| 8 Staimans Recycling Corp. 201 Hepburn Street Williamsport, PA, 17701 | | Suppliers or Vendors | | | | 18,500.00 |

Debtor    Muellers Auto Recycling & Sales, Inc.
_____ Name

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Discover P.O. Box 70176 Philadelphia, PA, 19176 | | Suppliers or Vendors | | | | 18,042.61 |
| 10 | Clarence LLC/Slates Salvage LLC 22380 Waterfall Road Three Springs, PA, 17264 | | Rent | | | | 13,152.00 |
| 11 | Electric Motor & Supply, Inc. 1000 50th Streeet Altoona, PA, 16601 | | Suppliers or Vendors | | | | 12,892.80 |
| 12 | Saleme Insurance Services 1409 11th Avenue Altoona, PA, 16601 | | General Liability Insurance | | | | 12,816.34 |
| 13 | Good Tire Service 13616 State Route 422 Kittanning, PA, 16201 | | Suppliers or Vendors | | | | 11,961.69 |
| 14 | AASD Tax Office 1201 8th Avenue Altoona, PA, 16602 | | Taxes & Other Government Units | | | | 8,507.16 |
| 15 | Matheson Valley Gases 1004 N. Fourth Avenue, Juniata Altoona, PA, 16601 | | Suppliers or Vendors | | | | 8,296.01 |
| 16 | Blair County Tax Claim Bureau 423 Allegheny Street, Ste. 143 Hollidaysburg, PA, 16648 | | Taxes & Other Government Units | | | | 8,202.22 |
| 17 | Chuck's PRP-NE Douglassville 6867 Boyertown Pike Douglassville, PA, 19518 | | Suppliers or Vendors | | | | 7,600.00 |
| 18 | Kegerreis Outdoor Advertising 162 Farm Circle Drive Chambersburg, PA, 17201 | | Advertising | | | | 7,561.50 |
| 19 | Reilly, Creppage & Co., Inc. 601 Valley View Blvd. Altoona, PA, 16602 | | Accounting Services | | | | 6,500.00 |
| 20 | Cunningham Bros. Auto Parts 10980 Wards Road Rustburg, VA, 24588 | | Suppliers or Vendors | | | | 6,100.00 |

**Fill in this information to identify the case:**

Debtor name _____Muellers Auto Recycling & Sales, Inc._____

United States Bankruptcy Court for the: _Western District of Pennsylvan_ia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | ARC Federal Credit Union | Checking | 0  9  0  2 | $ 5,000.00 |
| 3.2. | See continuation sheet | | | $ 7,400.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $ 12,400.00 |

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor    _____
          Muellers Auto Recycling & Sales, Inc.
          Name

Case number (if known)_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $_____
   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                                 face amount                  doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____ = ........➔    $_____
                                 face amount                  doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of ownership:

    15.1. _____    _____%    _____    $_____
    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____
    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 2

Debtor _____    Case number (if known)_____
        Muellers Auto Recycling & Sales, Inc.
        Name

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Muellers Auto Recycling & Sales, Inc.    Case number (if known)_____
        Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture** Office furnishings - Mueller's Auto Recycling & Sales | $_____ | _____ | $ 2,700.00 |
| 40. **Office fixtures** Office furnishings - Metal and Scrap yard | $_____ | _____ | $ 2,600.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office furnishings - Johnny's U Pull It | $_____ | _____ | $ 2,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 7,800.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Muellers Auto Recycling & Sales, Inc.                    Case number (if known)_____
          Name

---

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 1999 GMC 6500 Series with mechanics body | $_____ | _____ | $ 8,000.00 |
| 47.2 2005 Diamond Reo Tandem flat bed with 60' boom | $_____ | _____ | $ 15,000.00 |
| 47.3 1999 Kenworth Tractor/Tandem Axle | $_____ | _____ | $ 25,000.00 |
| 47.4 See continuation sheet | $ 30,000.00 | _____ | $ 92,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 0.00 | | $ 513,475.00 |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.                    $ 653,475.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Muellers Auto Recycling & Sales, Inc.                                    Case number (if known)_____
         Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  37696 Ulster Drive, Ste 2<br>Rehoboth Beach, DE  19971 | Fee Simple | $_____ | _____ | $ 525,000.00 ____ |
| 55.2  1555 Mill Run Road<br>Altoona, PA  16601 | | $_____ | _____ | 1,500,000.00 $____ |
| 55.3  618 Ensbrenner Drive<br>Altoona, PA  16601 | Fee Simple | $_____ | _____ | 500,000.00 $____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 2,525,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor   Muellers Auto Recycling & Sales, Inc.
         Name                                                         Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

                                                                                   **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   _____   _____ − _____ = ➜   $_____
                                      Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
   _____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                          $_____

   Nature of claim        _____
   Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____                          $_____

   Nature of claim        _____
   Amount requested       $_____

76. **Trusts, equitable or future interests in property**
   _____                          $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____                          $_____
   _____                          $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.              $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor    Mueller's Auto Recycling & Sales, Inc.                                Case number (if known)_____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 12,400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 7,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 653,475.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➜ | | $ 2,525,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* ✚ | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 673,675.00     91b. ✚ | $ 2,525,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................... 3,198,675.00 .................................... | | $ 3,198,675.00 |

| Debtor 1 | | | Case number (if known)_____ |
|---|---|---|---|
| Muellers Auto Recycling & Sales, Inc. | | | |
| First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

First Summit Bank          Checking                    5582

Balance: 5,400.00

First National Bank        Checking

Balance: 2,000.00

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | |
|---|---|---|
| 1999 Montane Dump trailer Steel 38' | | 20,000.00 |
| 1995 GMC Bucket Truck 6500 Series w/boom | | 8,000.00 |
| Fuso Dump Truck with gravel spreader | | 16,000.00 |
| 2006 Ford F650 rollback truck | | 10,000.00 |
| 1998 Mack Midliner rollback truck | | 8,000.00 |
| 2019 Mercedes | 30,000.00 | 30,000.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | |
|---|---|
| Hyundai wheel loader | 12,000.00 |
| 3 Forklifts | 15,000.00 |
| Komatsu track excavator with shear | 75,000.00 |
| Linkbelt LS4800 track excavator | 25,000.00 |
| Hitachi Track excavator with claw | 125,000.00 |
| Track loader cat | 20,000.00 |
| Linkbelt LS4800 track excavator | 20,000.00 |
| AlJon 400 XL shed logger | 100,000.00 |
| Prentice log | 12,000.00 |

Debtor 1 _____     Case number *(if known)*_____

Muellers Auto Recycling & Sales, Inc.

First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| loader mounted on 53' trailer | |
| Portable generator 110V | 500.00 |
| Track excavator cat | 6,000.00 |
| 2 air compressors | 1,000.00 |
| Generator 110/220 v Cummings 250 engine | 5,000.00 |
| 3 work benches | 300.00 |
| Chain hoist | 5,000.00 |
| Brechbuhler 50 ton truck scales | 25,000.00 |
| Two 30-yard containers | 6,000.00 |
| Engine lift | 100.00 |
| 5 vehicle lifts | 5,000.00 |
| Nineteen - 20-yard containers | 38,000.00 |
| Impact wrenches | 200.00 |
| Tire machine | 500.00 |
| Buffer | 50.00 |
| 50' air hoses | 10.00 |
| Ingersol Rand Air Compressor | 1,000.00 |
| Impact wrenches | 100.00 |
| Can baler | 1,000.00 |
| Baler down stroke | 3,000.00 |
| Liquid oxygen | 200.00 |
| Body saw | 100.00 |
| Tank 2000 gallon | 3,000.00 |
| 100 lb. propane tank (6) | 300.00 |
| Tire Machine | 1,000.00 |
| Diesel fuel tank | 2,000.00 |

| Debtor 1 | Muellers Auto Recycling & Sales, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**Diesel fuel tank**                                           5,000.00

**25 lb.  propane
tank**                                                          15.00

**2 Battery chargers**                                        100.00

Official Form 206 A/B                          Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name _____Muellers Auto Recycling & Sales, Inc._____

United States Bankruptcy Court for the: __Western District of Pennsylvania__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's name**
Ameriserve

**Describe debtor's property that is subject to a lien**
Track excavator cat

Column A: $ 48,460.78
Column B: $ 6,000.00

**Creditor's mailing address**
216 Franklin Street
P.O. Box 520, Johnstown, PA 15907

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred** 3/30/22

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
First Summit Bank

**Describe debtor's property that is subject to a lien**
618 Ensbrenner Drive
Altoona, PA   16601, 37696 Ulster Drive, Ste 2
Rehobeth Beach, DE  19971, 1555 Mill Run Road
Altoona, PA  16601

Column A: $592,366.59
Column B: $2,525,000.00

**Creditor's mailing address**
125 Donald Lane
Johnstown, PA

**Creditor's email address, if known**

**Describe the lien**
Agreement you made

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

First Summit Bank, 1st; First Summit Bank, 1st; First Summit

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 4,780,279.14

Debtor _____
Muellers Auto Recycling & Sales, Inc.
Name

Case number _(if known)_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B *Value of collateral that supports this claim* |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
First Summit Bank

_____

**Creditor's mailing address**

125 Donald Lane
Johnstown, PA

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

618 Ensbrenner Drive
Altoona, PA   16601, 37696 Ulster Drive, Ste 2
Rehoboth Beach, DE  19971, 1555 Mill Run Road
Altoona, PA  16601

$937,126.45   $2,525,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**
First Summit Bank

_____

**Creditor's mailing address**

125 Donald Lane
Johnstown, PA

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

618 Ensbrenner Drive
Altoona, PA   16601, 37696 Ulster Drive, Ste 2
Rehoboth Beach, DE  19971, 1555 Mill Run Road
Altoona, PA  16601

$971,366.36   $2,525,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Muellers Auto Recycling & Sales, Inc.
_____
Name

Case number _(if known)_ _____

| | Column A | Column B |
|---|---|---|
| **Part 1:**   **Additional Page** | **Amount of claim**  Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
First Summit Bank
_____

Creditor's mailing address

125 Donald Lane
Johnstown, PA
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines _2.2_

Describe debtor's property that is subject to a lien

618 Ensbrenner Drive
Altoona, PA   16601, 37696 Ulster Drive, Ste 2
Rehoboth Beach, DE   19971, 1555 Mill Run Road
Altoona, PA   16601

$525,596.68       $2,525,000.00

Describe the lien

Agreement you made
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name
First Summit Bank
_____

Creditor's mailing address

125 Donald Lane
Johnstown, PA
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines _2.2_

Describe debtor's property that is subject to a lien

618 Ensbrenner Drive
Altoona, PA   16601, 37696 Ulster Drive, Ste 2
Rehoboth Beach, DE   19971, 1555 Mill Run Road
Altoona, PA   16601

$949,416.47       $2,525,000.00

Describe the lien

Agreement you made
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____
         Muellers Auto Recycling & Sales, Inc.
         Name

Case number _(if known)_ _____

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**
First Summit Bank

_____

**Creditor's mailing address**

125 Donald Lane
Johnstown, PA

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

618 Ensbrenner Drive
Altoona, PA  16601, 37696 Ulster Drive, Ste 2
Rehoboth Beach, DE  19971, 1555 Mill Run Road
Altoona, PA  16601

$60,452.77        $2,525,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8** **Creditor's name**
First Summit Bank

_____

**Creditor's mailing address**

125 Donald Lane
Johnstown, PA

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Mack Tractor

$ Unknown        $ 0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor _____ Case number _(if known)_____
Mueller's Auto Recycling & Sales, Inc.
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** Creditor's name
First Summit Bank

_____

**Creditor's mailing address**

125 Donald Lane
Johnstown, PA 15904

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe debtor's property that is subject to a lien**

618 Ensbrenner Drive
Altoona, PA  16601, 37696 Ulster Drive, Ste 2
Rehoboth Beach, DE  19971, 1555 Mill Run Road
Altoona, PA  16601

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 165,797.46    $ 2,525,000.00

---

**2.10** Creditor's name
First Summit Bank

_____

**Creditor's mailing address**

125 Donald Lane
Johnstown, PA

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe debtor's property that is subject to a lien**

618 Ensbrenner Drive
Altoona, PA  16601, 37696 Ulster Drive, Ste 2
Rehoboth Beach, DE  19971, 1555 Mill Run Road
Altoona, PA  16601

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 455,536.59    $ 2,525,000.00

---

Debtor    Muellers Auto Recycling & Sales, Inc. _____   Case number (if known)_____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name
Ford Motor Credit

_____

**Creditor's mailing address**

P.O. Box 542000
Omaha, NE 68154

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Ford F150

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$56,411.41    $0.00

---

**2.12** Creditor's name
Valley National Bank

_____

**Creditor's mailing address**

P.O. Box 953
Wayne, NJ 07474

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 2019
**Last 4 digits of account number** 0033

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Mercedes

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,747.58    $30,000.00

---

| Debtor | Muellers Auto Recycling & Sales, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| McGrath & McCall, PC<br>444 Liberty Avenue<br>Four Gateway Center, Ste. 1040<br>Pittsburgh, PA, 15222 | Line 2. _3_ | _____ |
| Shane C. Heberling, Esquire<br>Parkowski, Guerke & Swayze, PA<br>19354C Miller Road<br>Rehoboth Beach, DE, 19971 | Line 2. _6_ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor _____ Muellers Auto Recycling & Sales, Inc. _____

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
AASD Tax Office
1201 8th Avenue
Altoona, PA, 16602

As of the petition filing date, the claim is: $ 8,507.16      $ 8,507.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2022 Business Privilege Tax

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** | Priority creditor's name and mailing address
AASD Tax Office
1201 8th Avenue
Altoona, PA, 16602

As of the petition filing date, the claim is: $ 1,044.00      $ 1,044.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
22/23 Payroll Taxes

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** | Priority creditor's name and mailing address
Altoona Area School District
Tax Office
1201 8th Avenue
Altoona, PA, 16602

As of the petition filing date, the claim is: $ 4,847.32      $ 4,847.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor  Mueller's Auto Recycling & Sales, Inc.    Case number *(if known)* _____
         Name

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4** **Priority creditor's name and mailing address**
Blair County Tax Claim Bureau
423 Allegheny Street, Ste. 143
Hollidaysburg, PA, 16648

$ 8,202.22    $ 8,202.22

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
22/23 Payroll Taxes

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.5** **Priority creditor's name and mailing address**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA, 19101

$ 117,068.99    $ 117,068.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
22/23 Payroll Taxes

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.6** **Priority creditor's name and mailing address**
Logan Township Tax Collector
100 Chief Logan Circle
Altoona, PA, 16602

$ 2,184.23    $ 2,184.23

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 1437

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.7** **Priority creditor's name and mailing address**
Logan Township Tax Collector
100 Chief Logan Circle
Altoona, PA, 16602

$ 622.20    $ 622.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Debtor   Mueller's Auto Recycling & Sales, Inc.
Name

Case number *(if known)*

| | |
|---|---|
| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.⁸ Priority creditor's name and mailing address**
Pennsylvania Department of Revenue
P.O. Box 280431
Harrisburg, PA, 17128-0431

$21,433.42    $21,433.42

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
22/23 Payroll Taxes

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.___ Priority creditor's name and mailing address**

$_____   $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.___ Priority creditor's name and mailing address**

$_____   $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.___ Priority creditor's name and mailing address**

$_____   $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| Debtor | Muellers Auto Recycling & Sales, Inc. | Case number *(if known)* |
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
Altoona Crane & Rigging
4235 Sixth Avenue
Altoona, PA, 16601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 3,457.50

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
Altoona Crane Rigging, Inc.
4235 Sixth Avenue
Altoona, PA, 16602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 3,457.50

**Date or dates debt was incurred** _____
**Last 4 digits of account number** 0522

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
Altoona Mirror
P.O. Box 2008
Altoona, PA, 16603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Advertising

$ 594.03

**Date or dates debt was incurred** 2023
**Last 4 digits of account number** 6580

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Blair County Chamber of Commerce
3900 Industrial Park Drive
Suite 12
Altoona, PA, 16602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Membership Dues

$ 345.00

**Date or dates debt was incurred** 2/2023
**Last 4 digits of account number** 733

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Blaise Nissan
10 Alexander Drive
Muncy, PA, 17756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 3,494.12

**Date or dates debt was incurred** 1/23/2023
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Borex, Inc.
128 Ingham Drive
Altoona, PA, 16601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 5,678.89

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Muellers Auto Recycling & Sales, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Chuck's PRP-NE Douglassville
6867 Boyertown Pike
Douglassville, PA, 19518

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    5/2023
Last 4 digits of account number    7788

$ 7,600.00

**3.8** Nonpriority creditor's name and mailing address

Clarence LLC/Slates Salvage LLC
22380 Waterfall Road

Three Springs, PA, 17264

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 13,152.00

**3.9** Nonpriority creditor's name and mailing address

Cunningham Bros. Auto Parts
10980 Wards Road
Rustburg, VA, 24588

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    2/2023
Last 4 digits of account number    8804

$ 6,100.00

**3.10** Nonpriority creditor's name and mailing address

Cynthia A. Yeager, Esquire
701 Logan Boulevard
Altoona, PA, 16602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    2023
Last 4 digits of account number

$ 53,270.62

**3.11** Nonpriority creditor's name and mailing address

Dale Oxygen
146 Horner Street
Johnstown, PA, 15902

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 2,038.27

Debtor    Muellers Auto Recycling & Sales, Inc.                    Case number *(if known)*_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 12    **Nonpriority creditor's name and mailing address**

Discover
P.O. Box 70176
Philadelphia, PA, 19176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| | | **Is the claim subject to offset?** |
| Date or dates debt was incurred | 2/2023 | ☑ No |
| Last 4 digits of account number | 9140 | ☐ Yes |

$ 18,042.61

---

**3.** 13    **Nonpriority creditor's name and mailing address**

E.P. Bender Coal
198 S. Main Street
Carrolltown, PA, 15722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| | | **Is the claim subject to offset?** |
| Date or dates debt was incurred | 2022 | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

$ 5,500.00

---

**3.** 14    **Nonpriority creditor's name and mailing address**

Earthmovers Unlimited, Inc.
930 Old State Route 53
Kylertown, PA, 16847

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| | | **Is the claim subject to offset?** |
| Date or dates debt was incurred | 2020 | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

$ 58,000.00

---

**3.** 15    **Nonpriority creditor's name and mailing address**

Electric Motor & Supply, Inc.
1000 50th Street
Altoona, PA, 16601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| | | **Is the claim subject to offset?** |
| Date or dates debt was incurred | 2022/2023 | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

$ 12,892.80

---

**3.** 16    **Nonpriority creditor's name and mailing address**

Feezle Auto Wrecking
3064 Old Enon Unity Rd.
Enon Valley, PA, 16120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

| | | **Is the claim subject to offset?** |
| Date or dates debt was incurred | 6/2022 | ☑ No |
| Last 4 digits of account number | 1295 | ☐ Yes |

$ 800.00

---

Debtor  Muellers Auto Recycling & Sales, Inc. _____  Case number (if known)_____
        Name

| **Part 2:** | **Additional Page** |

| | **Amount of claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.17** Nonpriority creditor's name and mailing address

Fender Mender Sales, Inc.
121 Halbritter Drive
Altoona, PA, 16601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

**$ 2,038.32**

Date or dates debt was incurred    7/2023
Last 4 digits of account number    5825

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

George's Trailers, Inc.
148 Coupon/Gallitzin Road
Ashville, PA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

**$ 3,339.00**

Date or dates debt was incurred    7/2023
Last 4 digits of account number    2666

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Good Tire Service
13616 State Route 422
Kittanning, PA, 16201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

**$ 11,961.69**

Date or dates debt was incurred    _____
Last 4 digits of account number    5770

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Heller's Gas & Custom Made Fireplaces
500 North Poplar Street
Berwick, PA, 18603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

**$ 2,086.83**

Date or dates debt was incurred    2/2023
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

HUB Industrial Supply, LLC
P.O. Box 3609

Lake City, FL, 32056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

**$ 241.80**

Date or dates debt was incurred    6/2023
Last 4 digits of account number    2918

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Muellers Auto Recycling & Sales, Inc.                    Case number *(if known)*_____
_____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |
|---|---|

**3.** **22** **Nonpriority creditor's name and mailing address**

Hydraulic Solutions, Inc.
1301 East Bell Avenue
Altoona, PA, 16602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 377.18

Date or dates debt was incurred        6/2023

Last 4 digits of account number        4330

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** **23** **Nonpriority creditor's name and mailing address**

John and Beverly Mueller
37696 Ulster Drive
Rehoboth Beach, DE, 19971

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 100,000.00

Date or dates debt was incurred        2022

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **24** **Nonpriority creditor's name and mailing address**

Kegerreis Outdoor Advertising
162 Farm Circle Drive
Chambersburg, PA, 17201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising

$ 7,561.50

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **25** **Nonpriority creditor's name and mailing address**

Mallows Hardware
311 E. 25th Avenue
Altoona, PA, 16601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,643.74

Date or dates debt was incurred        6/2023

Last 4 digits of account number        1615

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** **26** **Nonpriority creditor's name and mailing address**

Martin Oil
528 North First Street
Bellwood, PA, 16617

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,812.39

Date or dates debt was incurred        9/2022

Last 4 digits of account number        6038

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____   Case number _____
         Muellers Auto Recycling & Sales, Inc.                        (if known)
Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 27  **Nonpriority creditor's name and mailing address**

Matheson Valley Gases
1004 N. Fourth Avenue, Juniata
Altoona, PA, 16601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/4/2023
Last 4 digits of account number    5457

$ 8,296.01

---

**3.** 28  **Nonpriority creditor's name and mailing address**

McGhees Used Cars, Inc.
913 4th Street
Dudley, PA, 16634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    6/2022
Last 4 digits of account number    1295

$ 2,100.00

---

**3.** 29  **Nonpriority creditor's name and mailing address**

Miller, Kistler & Campbell
720 South Atherton Street
State College, PA, 16801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Attorney Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    6/2023
Last 4 digits of account number    n/a

$ 4,022.40

---

**3.** 30  **Nonpriority creditor's name and mailing address**

MSM Multimedia Sales & Marketing
P.O. Box 5065
Buffalo Grove, IL, 60089-5065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/2022
Last 4 digits of account number

$ 735.00

---

**3.** 31  **Nonpriority creditor's name and mailing address**

NAPA Auto Parts
P.O. Box 2047
Norcross, GA, 30091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    2022
Last 4 digits of account number    0299

$ 2,417.54

---

Debtor  Muellers Auto Recycling & Sales, Inc.                          Case number (if known) _____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Newcomers Truck Parts
6405 Nunnery Road
Waynesboro, PA, 17268

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,800.00

Date or dates debt was incurred   11/2022

Last 4 digits of account number   8603

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

Reco Equipment
41245 Reco Road
Belmont, OH, 43718

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 19,234.90

Date or dates debt was incurred   11/2020

Last 4 digits of account number   8704

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

Reilly, Creppage & Co., Inc.
601 Valley View Blvd.
Altoona, PA, 16602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounting Services

$ 6,500.00

Date or dates debt was incurred   2022/2023

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

Reliance Bank
1119 12th Street
Altoona, PA, 16601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Overdraft account

$ 245.00

Date or dates debt was incurred   7/31/2023

Last 4 digits of account number   2949

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

Rutters Fuel
1099 Haines Road
York, PA, 17402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Fuel

$ 51,048.00

Date or dates debt was incurred   2022

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor ___Muellers Auto Recycling & Sales, Inc.___      Case number _(if known)_ _____
     Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.37**  Nonpriority creditor's name and mailing address

Saleme Insurance Services
1409 11th Avenue
Altoona, PA, 16601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability Insurance

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred — 12/2022
Last 4 digits of account number — 2778

$ 12,816.34

---

**3.38**  Nonpriority creditor's name and mailing address

Seven Mountains Media, LLC
160 W. Clearview Avenue
State College, PA, 16803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred — 11/2022
Last 4 digits of account number — 1364

$ 1,500.00

---

**3.39**  Nonpriority creditor's name and mailing address

Skyline Repair
1600 Skyline Drive
Blandburg, PA, 16619

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred — 2021
Last 4 digits of account number — _____

$ 1,007.00

---

**3.40**  Nonpriority creditor's name and mailing address

Spangler Scale Sales & Service, Inc.
3690 Mill Road
Duncansville, PA, 16635

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred — 6/2023
Last 4 digits of account number — 7045

$ 2,494.66

---

**3.41**  Nonpriority creditor's name and mailing address

Staimans Recycling Corp.
201 Hepburn Street

Williamsport, PA, 17701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred — 2021
Last 4 digits of account number — _____

$ 18,500.00

---

| Debtor | Muellers Auto Recycling & Sales, Inc. | Case number *(if known)* _____ |
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

The Crist Corporation
1807 20th Avenue
Altoona, PA, 16601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 7869

$ 957.44

---

**3.43** Nonpriority creditor's name and mailing address

TruckPro, LLC
29787 Network Place
Chicago, IL, 60673-1787

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred 7/2023

Last 4 digits of account number U007

$ 1,369.47

---

**3.44** Nonpriority creditor's name and mailing address

Universal Service Road
595 E. Swedesford Road #350
Wayne, PA, 19087

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Bond

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred 2022

Last 4 digits of account number _____

$ 3,000.00

---

**3.45** Nonpriority creditor's name and mailing address

Weber Brothers Auto, Inc.
1325 East Main Street
Unit 1
Annville, PA, I17003-1612

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred 2/2023

Last 4 digits of account number 124

$ 1,250.00

---

**3.___** Nonpriority creditor's name and mailing address



As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

Debtor ___Masters Auto Recycling & Sales, Inc._____ Case number _(if known)_____
     Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Tucker Albin & Associates<br>1702 N. Collins Blvd., Ste. 100<br>Richardson, TX, 75080 | Line 3.11<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Masters Auto Recycling & Sales, Inc    Case number (if known)
          Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 163,909.54 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 467,779.55 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 631,689.09 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name _Muellers Auto Recycling & Sales, Inc._

United States Bankruptcy Court for the: _Western District of Pennsylvania_

Case number (If known): _____    Chapter _11_

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Agreement<br>Lessee | Team Ten, LLC<br>dba American Eagle Paper Mills<br>1600 Pennsylvania Avenue<br>Tyrone, PA, 16686 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Article of Agreement<br>Lessee | David and Patricia Seymore<br>473 Dysart Drive<br>Dysart, PA, 16636 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease<br>Lessee | Clarence LLC/Slates Salvage LLC<br>22380 Waterfall Road<br>Three Springs, PA, 17264 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Muellers Auto Recycling & Sales, Inc.___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 John R. Mueller | 618 Ensbrenner Drive Altoona, PA 16601 | Ameriserve | ☑ D ☐ E/F ☐ G |
| 2.2 John R. Mueller | 618 Ensbrenner Drive Altoona, PA 16601 | First Summit Bank | ☑ D ☐ E/F ☐ G |
| 2.3 John R. Mueller | 618 Ensbrenner Drive Altoona, PA 16601 | First Summit Bank | ☑ D ☐ E/F ☐ G |
| 2.4 John R. Mueller | 618 Ensbrenner Drive Altoona, PA 16601 | First Summit Bank | ☑ D ☐ E/F ☐ G |
| 2.5 John R. Mueller | 618 Ensbrenner Drive Altoona, PA 16601 | First Summit Bank | ☑ D ☐ E/F ☐ G |
| 2.6 John R. Mueller | 618 Ensbrenner Drive Altoona, PA 16601 | First Summit Bank | ☑ D ☐ E/F ☐ G |

Debtor    Muellers Auto Recycling & Sales, Inc.                                    Case number (if known)_____
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | John R. Mueller | 618 Ensbrenner Drive Altoona, PA 16601 | First Summit Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | John R. Mueller | 618 Ensbrenner Drive Altoona, PA 16601 | First Summit Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | John R. Mueller | 618 Ensbrenner Drive Altoona, PA 16601 | First Summit Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | John R. Mueller | 618 Ensbrenner Drive Altoona, PA 16601 | First Summit Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Muellers Auto Recycling & Sales, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    09/08/2023

/s/ John R. Mueller

Signature of Individual signing on behalf of debtor

President

Position or relationship to debtor

AASD Tax Office
1201 8th Avenue
Altoona, PA 16602

Altoona Area School District
Tax Office
1201 8th Avenue
Altoona, PA 16602

Altoona Crane & Rigging
4235 Sixth Avenue
Altoona, PA 16601

Altoona Crane Rigging, Inc.
4235 Sixth Avenue
Altoona, PA 16602

Altoona Mirror
P.O. Box 2008
Altoona, PA 16603

Ameriserve
216 Franklin Street
P.O. Box 520
Johnstown, PA 15907

Blair County Chamber of Commerce
3900 Industrial Park Drive
Suite 12
Altoona, PA 16602

Blair County Tax Claim Bureau
423 Allegheny Street, Ste. 143
Hollidaysburg, PA 16648

Blaise Nissan
10 Alexander Drive
Muncy, PA 17756

Borex, Inc.
128 Ingham Drive
Altoona, PA 16601

Chuck's PRP-NE Douglassville
6867 Boyertown Pike
Douglassville, PA 19518

Clarence LLC/Slates Salvage LLC
22380 Waterfall Road
Three Springs, PA 17264

Cunningham Bros. Auto Parts
10980 Wards Road
Rustburg, VA 24588

Cynthia A. Yeager, Esquire
701 Logan Boulevard
Altoona, PA 16602

Dale Oxygen
146 Horner Street
Johnstown, PA 15902

David and Patricia Seymore
473 Dysart Drive
Dysart, PA 16636

Discover
P.O. Box 70176
Philadelphia, PA 19176

E.P. Bender Coal
198 S. Main Street
Carrolltown, PA 15722

Earthmovers Unlimited, Inc.
930 Old  State Route 53
Kylertown, PA 16847

Earthmovers Unlimited, Inc.

Electric Motor & Supply, Inc.
1000 50th Streeet
Altoona, PA 16601

Feezle Auto Wrecking
3064 Old Enon Unity Rd.
Enon Valley, PA 16120

Fender Mender Sales, Inc.
121 Halbritter Drive
Altoona, PA 16601

First Summit Bank
125 Donald Lane
Johnstown, PA

First Summit Bank
125 Donald Lane
Johnstown, PA 15904

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154

George's Trailers, Inc.
148 Coupon/Gallitzin Road
Ashville, PA

Good Tire Service
13616 State Route 422
Kittanning, PA 16201

Heller's Gas & Custom Made Fireplaces
500 North Poplar Street
Berwick, PA 18603

HUB Industrial Supply, LLC
P.O. Box 3609
Lake City, FL 32056

Hydraulic Solutions, Inc.
1301 East Bell Avenue
Altoona, PA 16602

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

John and Beverly Mueller
37696 Ulster Drive
Rehoboth Beach, DE 19971

John R. Mueller
618 Ensbrenner Drive
Altoona, PA 16601

Kegerreis Outdoor Advertising
162 Farm Circle Drive
Chambersburg, PA 17201

Logan Township Tax Collector
100 Chief Logan Circle
Altoona, PA 16602

Mallows Hardware
311 E. 25th Avenue
Altoona, PA 16601

Martin Oil
528 North First Street
Bellwood, PA 16617

Matheson Valley Gases
1004 N. Fourth Avenue, Juniata
Altoona, PA 16601

McGhees Used Cars, Inc.
913 4th Street
Dudley, PA 16634

McGrath & McCall, PC
444 Liberty Avenue
Four Gateway Center, Ste. 1040
Pittsburgh, PA 15222

Miller, Kistler & Campbell
720 South Atherton Street
State College, PA 16801

MSM Multimedia Sales & Marketing
P.O. Box 5065
Buffalo Grove, IL 60089-5065

NAPA Auto Parts
P.O. Box 2047
Norcross, GA 30091

Newcomers Truck Parts
6405 Nunnery Road
Waynesboro, PA 17268

Pennsylvania Department of Revenue
P.O. Box 280431
Harrisburg, PA 17128-0431

Reco Equipment
41245 Reco Road
Belmont, OH 43718

Reilly, Creppage & Co., Inc.
601 Valley View Blvd.
Altoona, PA 16602

Reliance Bank
1119 12th Street
Altoona, PA 16601

Rutters Fuel
1099 Haines Road
York, PA 17402

Saleme Insurance Services
1409 11th Avenue
Altoona, PA 16601

Seven Mountains Media, LLC
160 W. Clearview Avenue
State College, PA 16803

Shane C. Heberling, Esquire
Parkowski, Guerke & Swayze, PA
19354C Miller Road
Rehoboth Beach, DE 19971

Skyline Repair
1600 Skyline Drive
Blandburg, PA 16619

Spangler Scale Sales & Service, Inc.
3690 Mill Road
Duncansville, PA 16635

Staimans Recycling Corp.
201 Hepburn Street
Williamsport, PA 17701

Team Ten, LLC
dba American Eagle Paper Mills
1600 Pennsylvania Avenue
Tyrone, PA 16686

The Crist Corporation
1807 20th Avenue
Altoona, PA 16601

TruckPro, LLC
29787 Network Place
Chicago, IL 60673-1787

Tucker Albin & Associates
1702 N. Collins Blvd., Ste. 100
Richardson, TX 75080

Universal Service Road
595 E. Swedesford Road #350
Wayne, PA 19087

Valley National Bank
P.O. Box 953
Wayne, NJ 07474

Weber Brothers Auto, Inc.
1325 East Main Street
Unit 1
Annville, PA I17003-1612

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western District of Pennsylvania

**In re**  Muellers Auto Recycling & Sales, Inc.

Case No. _____

**Debtor**

Chapter ^11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 15,000.00 _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 200.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Adversary actions and additional work billed at standard hourly rate.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

09/08/2023

*Date*

/s/ James R. Huff, II, 33270

*Signature of Attorney*

Forr, Stokan, Huff, Kormanski & Naugle

*Name of law firm*
1701 5th Ave
Altoona, PA 16602

**United States Bankruptcy Court**

**IN RE:**                                                          Case No._____

Muellers Auto Recycling & Sales, Inc.

_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| John R. Mueller<br>618 Ensbrenner Drive, Altoona, PA 16601 | 50 | President |
| Beverly L. Mueller<br>618 Ensbrenner Drive, Altoona, PA 16601 | 50 | Other (Secretary/Treasurer) |

Fill in this information to identify the case and this filing:

Debtor Name ___Muellers Auto Recycling & Sales, Inc._____

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/08/2023___          ✖ /s/ John R. Mueller
            MM / DD / YYYY          _____
                                    Signature of individual signing on behalf of debtor

                                    John R. Mueller
                                    _____
                                    Printed name

                                    President
                                    _____
                                    Position or relationship to debtor